## JOHN SARGENT AND GEORGE SARGENT
### *versus* ZEPHANIAH W. BUNCE

JOURNAL ENTRIES (1820): *Journal 3:* Cognovit, judgment, execution stayed *p. 80.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus; (3) transcript of county court record; (4) recognizance; (5) precipe for execution ca. sa.; (6) writ of ca. sa. and return; (7) precipe for alias ca. sa.; (8) alias ca. sa. and return; (9) precipe for pluries ca. sa.; (10) pluries ca. sa. and return; (11) precipe for pluries ca. sa.; (12) second pluries ca. sa. and return; (13) bill of costs; (14) statement of accounts; (15) memo. of agreement.

*Office Docket*, MS p. 114, c. 13.

## UNITED STATES *versus* BENJAMIN DELAVAN

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Jurors ordered summoned *p. 82; (2) postponed, jurors discharged *p. 84; (3) errors and advantages due to one judge's holding court waived, jury trial, verdict, judgment *p. 88; (4) names of witnesses sworn *p. 89.

PAPERS IN FILE: [None]

## IN THE MATTER OF THOMAS SURPLUS, A BLACK MAN

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Siller, a black woman, sworn *p. 84.

PAPERS IN FILE: [None]